■

**Thomas N. BELDING, Appellant,**

**v.**

**COMMONWEALTH of Kentucky, DEPART-MENT OF PUBLIC SAFETY, Appellee.**

Court of Appeals of Kentucky.

Dec. 6, 1974.

James F. Clay, Jr., Danville, for appellant.

Mary Jo Arterberry, Dept. of Public Safety, Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

■

**H & G ENTERPRISES, INC., Appellant and Cross-Appellee,**

**v.**

**BLACK, SIVALLS & BRYSON, INC., Appellee and Cross-Appellant.**

**BLACK, SIVALLS & BRYSON, INC., Appellee and Cross-Appellant,**

**v.**

**Wayland GIVENS and Robert W. Hawthorne, Appellants and Cross-Appellees.**

Court of Appeals of Kentucky.

Dec. 6, 1974.

William L. Wiesman, Owensboro, for appellants.

Ralph W. Wible, Sandidge, Holbrook, Craig & Hager, Owensboro, for appellees.

Memorandum Opinion of the Court by Justice JONES, Affirming on Appeal and Affirming on Cross-Appeal.*

■

**Paul S. TOLLIVER, Appellant,**

**v.**

**J. B. EVERAGE and James Nease, Appellees.**

Court of Appeals of Kentucky.

Dec. 6, 1974.

Earl M. Cornett, John Chris Cornett, Cordell H. Martin, Hindman, for appellant.

Richard G. Segal, Louisville, Dan T. Martin, Hindman, for appellees.

Memorandum Opinion PER CURIAM, Reversing.*

■

**Ralph A. DEAN and Jeanette C. Dean, his wife, Appellants,**

**v.**

**DEPARTMENT OF BANKING & SECURITIES and Federal Deposit Insurance Corporation, Appellees.**

Court of Appeals of Kentucky.

Dec. 6, 1974.

* Opinion ordered not to be published.

Thomas D. Shumate, Shumate, Shumate & Flaherty, John B. Bayer, Jr., Richmond, for appellants.

E. Frederick Zopp, Gen. Counsel, Department of Banking, Frankfort, Arthur B. Rouse, Fowler, Rouse, Measle & Bell, Lexington, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

**L. H. CARTER et al., Appellants,**

v.

**FAYETTE COUNTY FISCAL COURT et al., Appellees.**

Court of Appeals of Kentucky.

Dec. 6, 1974.

Frank S. Ginocchio, Lexington, for appellants.

W. V. Alford, McDonald, Alford & Roszell, Joseph B. Murphy, Lexington, for appellees.

Memorandum Opinion of the Court by Chief Justice OSBORNE, Affirming.*

**Harold MEDLIN, Appellant,**

v.

**Norma Jean MEDLIN, Appellee.**

Court of Appeals of Kentucky.

Dec. 6, 1974.

William E. Hensley, Corbin, for appellant.

Garrett G. Teague, Jr., Johnson, Teague & Cox, Williamsburg, for appellee.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

**Lena Sue DINGUS, Appellant,**

v.

**Jack G. DINGUS, Appellee.**

Court of Appeals of Kentucky.

Dec. 6, 1974.

Lowe & Lowe, Pikeville, for appellant.

Hazelrigg, Knight & Kirk, Paintsville, for appellee.

Memorandum Opinion of the Court by Special Commissioner HENRY MEIGS, Reversing.*

* Opinion ordered not to be published.